Anthony Bernard BURNSIDE,
Plaintiff—Appellant,

v.

Jon NEWLON, Defendant—Appellee.

No. 06–6887.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2006.

Decided: July 28, 2006.

Anthony Bernard Burnside, Appellant
Pro Se.

Before WIDENER and WILKINSON,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Anthony Bernard Burnside appeals the
district court's order accepting the recommendation of the magistrate judge and
denying relief on his 42 U.S.C. § 1983
(2000) complaint. We have reviewed the
record and find no reversible error. Accordingly, we affirm for the reasons stated
by the district court. *Burnside v. Newlon*,
No. 6:06–cv–00620–HMH (D.S.C. Mar. 29,
2006). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*AFFIRMED*